IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HEATHER RENEE BURNEY,<br><br>      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | No 17-0784-SSA-CV-W-NKL |

**JUDGMENT IN A CIVIL CASE**

___     Jury Verdict.    This action came before the Court for a trial by jury.

X     Decision by Court.    This action came to trial or hearing before the Court.

        The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable

Nanette

Laughrey on September 4, 2018, the Commissioner's decision is affirmed.

Date: September 6, 2018                PAIGE WYMORE-WYNN
                                                          Clerk of Court

                                                          s/ RENEA MATTHES MITRA
                                                          By: Renea Matthes Mitra, Courtroom Deputy